IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRIAN E. HOLLAND,**

       **Petitioner,**

       v.

**WARDEN, SAMUEL A. TAMBI,**

       **Respondent.**

       **Case No. 2:14-cv-1460**
       **Judge Smith**
       **Magistrate Judge King**

## ORDER

On September 29, 2015, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed, reasoning that Petitioner had procedurally defaulted the claims asserted in the *Petition*. *Report and Recommendation,* ECF No. 11.  Petitioner has objected to that recommendation. *Objection*, ECF No. 13.

Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review.  For the reasons detailed in the *Report and Recommendation*, Petitioner's *Objection*, ECF No 13, is **OVERRULED**.  The *Report and Recommendation*, ECF No. 11, is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in favor of Respondent, Warden Samuel Tambi.

                            */s/ George C. Smith*
                            **GEORGE C. SMITH, JUDGE**
                            **UNITED STATES DISTRICT COURT**